State vs Johnson.

---

## No. 9056.

### THE STATE OF LOUISIANA vs. PINKNEY JOHNSON.

An appeal will not be entertained in a criminal case where no sentence has been passed or where the record contains no evidence of any sentence.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburn, J.*

*J. C. Egan*, Attorney General, for the State, Appellee.
*T. J. Cross* for Defendant and Appellant.

The opinion of the Court was delivered by

Todd, J. We gather from the record in this case that the defendant was prosecuted for inflicting a wound less than mayhem with

intent to kill. He was not sentenced to any punishment for that or any other offense, or, if he was, the record contains no evidence of it.

The appeal, therefore, was premature and in the absence of any application to complete the record, the case is ordered to be stricken from the docket.